DAVID BUTLER, Respondent, *v.* THOMAS DINAN, Appellant.

(Argued June 27, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an

order made July 28, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Calvin Frost* for appellant.

*E. A. Brewster* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.